PROB 12C
(6/16)

Report Date: March 29, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 29, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lucio Torres, Jr.                               Case Number: 0980 1:18CR02077-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 21, 2019

Original Offense:        Timber Set Afire, 18 U.S.C. § 1855

Original Sentence:       Prison - 30 months              Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Richard Cassidy Burson          Date Supervision Commenced: November 13, 2020

Defense Attorney:        Federal Defenders Office        Date Supervision Expires: November 12, 2023

### PETITIONING THE COURT

To issue a summons.

On November 18, 2020, supervised release conditions were reviewed in person with Lucio Torres, Jr.  Mr. Torres acknowledged an understanding of his conditions by signing the Judgment.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Torres is considered to be in violation of his supervised release conditions by consuming a controlled substance, methamphetamine, on or about February 17, 2022. |
| | On February 17, 2022, Mr. Torres reported to Merit Resource Services (Merit) for urinalysis testing.  The specimen collected was presumptive positive for methamphetamine.  The specimen was sent to Alere Toxicology Services (Alere) laboratory for confirmation testing. |
| | On March 1, 2022, this officer received a drug test report from Alere.  The report showed that the specimen Mr. Torres provided was positive for methamphetamine. |

Prob12C
Re: Torres, Jr., Lucio
March 29, 2022
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 29, 2022

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

_Stanley A. Bastian_
Signature of Judicial Officer

3/29/2022
Date