PROB 12A
(6/16)

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 08, 2022

SEAN F. McAVOY, CLERK

### Report on Offender Under Supervision
*(No Action Requested)*

| | |
|---|---|
| Name of Offender: Lucio Torres, Jr. | Case Number: 0980 1:18CR02077-SAB-1 |
| Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: October 21, 2019 | Type of Supervision: Term of Supv Rel |
| Original Offense: Timber Set Fire, 18 U.S.C. § 1855 | Date Supervision Commenced: November 13, 2020 |
| Original Sentence: Prison 30 M; TSR - 36 M | Date Supervision Expires: November 12, 2023 |

## NONCOMPLIANCE SUMMARY

On November 18, 2020, conditions of supervised release were reviewed and signed by Mr. Torres, Jr., acknowledging an understanding of all his conditions.

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by supervising officer, but not more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence:** Mr. Torres is considered to be in violation of his supervised release by consuming a controlled substance, methamphetamine, on or about November 17, 2022.

On November 18, 2020, Mr. Torres was referred to Merit Resource Services (Merit) for urinalysis testing via the colorline, once per month. On April 18, 2022, his tests were increased to three per month after a positive urinalysis, which was previously addressed by the Court.

On June 27, 2022, Mr. Torres tested positive for methamphetamine and admitted to use on or about June 24, 2022. The Court was previously advised of this noncompliance. Mr. Torres, Jr.  was required to complete a substance use evaluation, continue to provide three urine samples a month per the colorline, and his reporting requirement to the probation office was increased.

Mr. Torres, Jr. completed his evaluation on July 5, 2022, with Merit and began intensive outpatient treatment on August 3, 2022. Mr. Torres, Jr.  had issues with attendance due to balancing an out of town job and family obligations. However, he re-engaged in treatment and changed his job in order to make treatment a priority.

On November 18, 2022, Mr. Torres called the undersigned officer and admitted to using methamphetamine and that he had provided a positive urine sample to Merit earlier that day. He completed and signed a drug use admission form.

Prob12A
**Re: Torres, Jr., Lucio**
**December 7, 2022**
**Page 2**

**U.S. Probation Officer Action**:

Mr. Torres, Jr. was verbally reprimanded in regards to his continued use of methamphetamine. The circumstances around his use were discussed and he struggled to determine other decisions he could have made in the moment. This demonstrates a continued need to engage in substance abuse treatment, which Mr. Torres is currently required to attend three times a week.

Mr. Torres continues to report for random urinalysis pursuant to the colorline. He also reports to the probation office every Tuesday, as added accountability. Mr. Torres was reminded of his obligation to comply with his supervised release conditions. His noncompliance is linked to his addiction and he is engaged in substance abuse treatment at this time. He is aware that any further positive urine samples or noncompliance with treatment, would require him to appear before the Court.

Based on the above information, this officer recommends no action be taken at this time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: December 7, 2022

s/Megan Rasmussen

Megan Rasmussen
U.S. Probation Officer

[X]   Court Concurs with Officer Action
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons
[ ]   Other

Signature of Judicial Officer

12/8/2022
Date