PROB 12C
(6/16)

Report Date:  February 14, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 15, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lucio Torres

Case Number: 0980 1:18CR02077-SAB-1

Address of Offender: ███████████████ Pasco, Washington 99301

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 21, 2019

Original Offense:    Timber Set Afire, 18 U.S.C. § 1855

Original Sentence:    Prison - 30 months
TSR - 36 months

Type of Supervision: Supervised Release

Asst. U.S. Attorney:    Richard Cassidy Burson

Date Supervision Commenced: November 13, 2020

Defense Attorney:    Federal Defenders Office

Date Supervision Expires: November 12, 2023

---

### PETITIONING THE COURT

To issue a summons.

On November 18, 2020, supervised release conditions were reviewed in person with Lucio Torres, Jr. Mr. Torres acknowledge an understanding of his conditions and signed the Judgement.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Torres is considered to be in violation of his supervised release conditions by consuming a controlled substance, amphetamine and methamphetamine, on or about January 9, 2023.

On January 9, 2023, Mr. Torres  reported to Merit Resource Services (Merit) for urinalysis testing. The specimen collected was presumptive positive for amphetamine and methamphetamine. The specimen was sent to the Alere Toxicology Services (Alere) laboratory for confirmation testing.

On January 12, 2023, this officer made contact with Mr. Torres over the phone and he admitted to using methamphetamine on January 8, 2023.

Prob12C
**Re: Torres, Lucio**
**February 14, 2023**
**Page 2**

On January 17, 2023, this officer received a drug test report from Alere. The report showed the specimen Mr. Torres provided was positive for amphetamine and methamphetamine.

2          **Special Condition #3:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence:** Mr. Torres is considered to be in violation of his supervised release conditions by failing to complete outpatient substance abuse treatment by being discharged due to noncompliance on or about February 7, 2023.

On January 12, 2023, this officer was made aware that Mr. Torres was a no call no show for his substance abuse class on January 10, 2023. Mr. Torres stated he did not attend due to his previous positive urinalysis and he did not want to have to explain it in group.

On January 18, 2023, Merit staff advised they were having a clinical staffing meeting to discuss Mr. Torres' case due to his noncompliance. Merit staff asked Mr. Torres to attend, but he was unable to due to work.

On January 26, 2023, Merit staff advised that due to Mr. Torres not showing up to his staffing meeting, his case will be closed due to his noncompliance.

On February 7, 2023, Merit staff confirmed they will be closing Mr. Torres' file due to noncompliance and that a closure report is forthcoming. As of the time of this report, a report from Merit has not been received.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     02/14/2023

s/Megan Rasmussen

Megan Rasmussen
U.S. Probation Officer

Prob12C
**Re: Torres, Lucio**
**February 14, 2023**
**Page 3**

## THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ X]   The Issuance of a Summons
[ ]    Other

_Signature of Judicial Officer_

2/15/2023

Date