PROB 12C
(6/16)

Report Date: February 24, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 24, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Lucio Torres, Jr. | Case Number: 0980 1:18CR02077-SAB-1 |
| Address of Offender: ▬▬▬▬▬▬▬ Pasco, Washington 99301 | |
| Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: October 21, 2019 | |
| Original Offense:   Timber Set Afire, 18 U.S.C. § 1855 | |
| Original Sentence:   Prison 30 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney:   Richard Cassidy Burson | Date Supervision Commenced: November 13, 2020 |
| Defense Attorney:    Federal Defenders Office | Date Supervision Expires: November 12, 2023 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in further proceedings with the violations(s) previously reported to the Court on February 15, 2023.

On November 18, 2020, supervised release conditions were reviewed in person with Lucio Torres, Jr. The offender acknowledged an understanding of his conditions and signed the judgement.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence:** Mr. Torres is considered to be in violation of his supervised release conditions by consuming a controlled substance, methamphetamine, on or about February 15, 2023. |
| | On February 15, 2023, Mr. Torres, Jr. reported to Merit Resource Services (Merit) for urinalysis testing. The specimen collected was presumptive positive for amphetamine and methamphetamine. The offender admitted to using methamphetamine earlier that day and signed a drug use admission form. |

Prob12C
Re: Torres, Lucio
February 24, 2023
Page 2

On February 22, 2023, Mr. Torres, Jr. reported to the probation office as directed. He admitted to using methamphetamine on February 15, 2023 prior to knowing he had to give a urine sample for the color line that day.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 24, 2023

s/ Megan Rasmussen

Megan Rasmussen
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

2/24/2023

Date