PROB 12C
(6/16)

Report Date: March 15, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 16, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Lucio Torres, Jr. | Case Number: 0980 1:18CR02077-SAB-1 |
| Address of Offender: ███████████ | Pasco, Washington 99301 |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 21, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Timber Set Afire, 18 U.S.C. § 1855 | | |
| Original Sentence: | Prison - 30 months;<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Richard Cassidy Burson | Date Supervision Commenced: | November 13, 2020 |
| Defense Attorney: | Juliana M Van Wingerden | Date Supervision Expires: | November 12, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on February 15, and 24, 2023.

On November 18, 2020, supervised release conditions were reviewed in person with Lucio Torres, Jr. The offender acknowledged an understanding of his conditions and signed the judgement.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #14**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Torres is considered to be in violation of his supervised release conditions by consuming a controlled substance, methamphetamine, on or about March 7, 2023. |
| | On March 7, 2023, Mr. Torres, Jr. reported to the probation office as directed for urinalysis testing. He provided a urine sample that tested presumptive positive for methamphetamine. Mr. Torres, Jr. denied use and signed a denial form. The sample was sent to Alere Toxicology Services (Alere) laboratory for confirmation testing. |
| | On February 13, 2023, this officer received a drug test report from Alere. The report showed the specimen Mr. Torres, Jr. provided on March 7, 2023, was positive for methamphetamine. |

Prob12C

Re: Torres, Jr., Lucio
March 15, 2023
Page 2

    5    **Special Condition #14**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

         **Supporting Evidence**: Mr. Torres, Jr. is considered to be in violation of his supervised release conditions by consuming a controlled substance, methamphetamine, on or about March 12, 2023.

         On March 14, 2023, this officer contacted Mr. Torres, Jr. directing him to report to the probation office for urinalysis testing. Mr. Torres, Jr. admitted that his urine sample would be positive for methamphetamine as he used on Sunday, March 12, 2023. Mr. Torres, Jr. reported to the office and provided a urine sample that supported his admission. He also signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 15, 2023

s/Megan Rasmussen

Megan Rasmussen
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

3/16/2023
Date